UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| City of Florence, South Carolina, | ) | C/A No. |
| | ) | |
| Plaintiff, | ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| Versus | ) | |
| | ) | |
| AGC Chemicals Americas, Inc.; | ) | |
| Aladdin Manufacturing Corporation; | ) | |
| Americhem, Inc.; | ) | |
| Archroma U.S., Inc.; | ) | |
| Arkema, Inc.; | ) | |
| Auria Albemarle, LLC; | ) | |
| Auria Solutions USA, Inc.; | ) | |
| Burlington Industries, Inc.; | ) | |
| Carvana, LLC; | ) | |
| Cascades Holdings US, Inc.; | ) | |
| Celgard, LLC; | ) | |
| Chem-Tex Laboratories, Inc.; | ) | |
| Clariant Corporation; | ) | |
| Corteva, Inc.; | ) | |
| Daikin America, Inc.; | ) | |
| Delta Mills, Inc., its predecessors, successors, | ) | |
| assigns, and/or responsible parties; | ) | |
| DuPont de Nemours, Inc.; | ) | |
| EIDP, Inc.; | ) | |
| Elevate Textiles, Inc.; | ) | |
| Goulston Technologies, Inc.; | ) | |
| HeiQ Chemtex, Inc.; | ) | |
| Huntsman International, LLC; | ) | |
| INV Performance Surfaces, LLC; | ) | |
| J.P. Stevens & Company, Inc., its | ) | |
| predecessors, successors, assigns, and/or | ) | |
| responsible parties; | ) | |
| Marcal Cordova LLC; | ) | |
| Mohawk Industries, Inc.; | ) | |
| Solvay Specialty Polymers USA, LLC; | ) | |
| The Chemours Company; and | ) | |
| Thuasne, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

I, the undersigned counsel, of the Hood Law Firm, LLC, for the Defendant EIDP, Inc. do hereby certify that on **August 29, 2025**, I have served counsel in this action with a copy of the pleadings herein below via E-Mail at the following address:

Pleadings:                Notice of Removal with associated documents for Removal

Parties served:           John B. White, Jr. (jwhite@johnbwhitelaw.com)
                          Marghretta H. Shisko (mshisko@johnbwhitelaw.com)
                          Christopher R. Jones (cjones@johnbwhitelaw.com)
                          Griffin L. Lynch (glynch@johnbwhitelaw.com)
                          JOHN B. WHITE, JR., P.A.
                          ***Counsel for Plaintiff***

                          Hannah Cory Caldwell (hcaldwell@corywatson.com)
                          Hamilton Jordan (hjordan@corywatson.com)
                          Hirlye Ray Lutz, III (rlutz@corywatson.com)
                          Hunter Michael Phares (hphares@corywatson.com)
                          Frank Jerome Tapley (jtapley@corywatson.com)
                          Brett Cooper Thompson (bthompson@corywatson.com)
                          Robert Akira Watson (awatson@corywatson.com)
                          CORY WATSON, P.C.
                          ***Counsel for Plaintiff***

                          Ruth A. Levy (Ruth.Levy@wbd-us.com)
                          WOMBLE BOND DICKINSON (US) LLP
                          ***Counsel for Americhem, Inc.***

                          Christopher M. Ward (cward@calfee.com)
                          Christopher Jones (cjones@calfee.com)
                          Ronald M. McMillan (rmcmillan@calfee.com)
                          Kelsey L. Baughman (kbaughman@calfee.com)
                          CALFEE, HALTER & GRISWOLD LLP
                          ***Counsel for Americhem, Inc.***

                          Rivers S. Stilwell (Rstilwell@maynardnexsen.com)
                          Konstantine P. Diamaduros (KDiamaduros@maynardnexsen.com)
                          Connor B Bauknight (CBauknight@maynardnexsen.com)
                          MANYARD NEXSEN PC
                          ***Counsel for Auria Albemarle, LLC; Auria Solutions USA, Inc.;
                          Burlington Industries, Inc.***

2

Joshua M. W. Salley (Jsalley@maronmarvel.com)
Audrey O. Anyaele (AAnyaele@maronmarvel.com)
Robert Petti (RPetti@maronmarvel.com)
Maron Marvel Bradley Anderson & Tardy LLC
***Counsel for Carvana, LLC***

Robert C. Osborne III (robertosborne@parkerpoe.com)
Caroline McCracken (carolinemccracken@parkerpoe.com)
PARKER POE ADAMS BERNSTEIN LLP
***Counsel for Elevate Textiles, Inc.***

Richard H. Willis (rwilis@williamsmullen.com)
John G. Tamasitis (jtamasitis@williamsmullen.com)
WILLIAMS MULLEN
***Counsel for HeiQ Chemtex, Inc.; Chem-Tex Laboratories, Inc.;
Marcal Cordova LLC***

Yancey A. McLeod III (ymcleod@maronmarvel.com)
Joshua M. W. Salley (Jsalley@maronmarvel.com)
MARON MARVEL BRADLEY ANDERSON & TARDY LLC
***Counsel for J.P. Stevens & Company, Inc.***

Marritt G. Abney (Merritt.abney@nelsonmullins.com)
Sarah Specter Powell (Sarah.powell@nelsonmullins.com)
NELSON MULLINS
***Counsel for Mohawk Industries, Inc. and Aladdin
Manufacturing Corporation***

HOOD LAW FIRM, LLC
172 Meeting Street/Post Office Box 1508
Charleston, SC  29402
Phone: (843) 577-4435/Facsimile: (843) 722-1630


*/s/ Molly H. Craig*
Molly H. Craig (6671)
molly.craig@hoodlaw.com
James B. Hood (9130)
james.hood@hoodlaw.com
Virginia R. Floyd (12212)
virginia.floyd@hoodlaw.com

and

SHOOK, HARDY & BACON L.L.P.
Brent Dwerlkotte (*pro hac vice forthcoming*)
2555 Grand Boulevard,
Kansas City, MO 64108
Tel: (816) 474-6550/Fax: (816) 421-5547
Email: dbdwerlkotte@shb.com

*Counsel for Defendant EIDP, Inc.*

August 29, 2025
Charleston, South Carolina

4